**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-02352-DME-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  March 9, 2011** | **Courtroom Deputy:**  Linda Kahoe |

AKAL SECURITY, INC.,      Emily Fontelle Keimig
                                                  Daniel Mitchell Combs

    Plaintiff,

v.

UNITED GOVERNMENT SECURITY OFFICERS      John Alan Tucker
OF AMERICA, INTERNATIONAL UNION,

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session:      9:17 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Defendant's Motion to Strike Plaintiff's Supplemental Notice of Related Case, doc #[30], filed 2/23/2011.

**ORDERED:**  Defendant's Motion to Strike Plaintiff's Supplemental Notice of Related Case, doc #[30] is **DENIED WITHOUT PREJUDICE**.  When Defendant can demonstrate a concrete and adverse affect would arise from this Supplemental Notice, Defendant may re-file its Motion to Strike.  The Notice arguably falls within a literal reading of the Rule, and the court will allow the Notice.

Discussion regarding the production of documents and the current stay of discovery.

**ORDERED**:  A Telephonic Status Conference is set for Monday, **MARCH 14, 2011 at 1:30 p.m.** to continue discussions regarding the current stay of discovery.  Counsel shall coordinate a conference call among themselves prior to contacting the court at 303.844.2117 at the scheduled time.

HEARING CONCLUDED.
**Court in recess**:       **9:50 a.m.**
Total time in court:      00:33

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.