IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02352-DME-CBS

AKAL SECURITY, INC.,

    Plaintiff,

v.

UNITED GOVERNMENT SECURITY,
OFFICERS OF AMERICA, INTERNATIONAL UNION,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    THIS MATTER IS before the court upon Defendant's Notice of Withdrawal of Motion to Stay Case (*doc # 46*) filed April 1, 2011. The court will treat this Notice as a motion to withdraw Defendant's Motion to Stay Case Pending Ruling on Motion to Dismiss (*doc # 38*), filed March 20, 2011. IT IS HEREBY ORDERED that the Motion to Withdraw (*doc # 46*) is GRANTED, and Defendant's Motion to Stay Case Pending Ruling on Motion to Dismiss (*doc # 38*) is treated as withdrawn.

**DATED:**    April 4, 2011