**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-CV-02352 DME-CBS

AKAL SECURITY, INC.,

      Plaintiff,

v.

UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, INTERNATIONAL UNION,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY DAVID M. EBEL

      Defendant's Unopposed Motion for Leave to Amend Response Brief in Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 51) is GRANTED.

      DATED:  April 18, 2011